IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT REYES, | : | |
| Plaintiff, | : | 1:14-cv-1066 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| A. JORDAN, *et al.*, | : | |
| Defendants. | : | |

# ORDER

**September 23, 2015**

**NOW, THEREFORE,** upon consideration of Defendants' motion (Doc. 15) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), or, in the alternative, for summary judgment pursuant to Federal Rule of Civil Procedure 56, and in accordance with the court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion (Doc. 15) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**. Plaintiff's complaint (Doc. 1) is **DISMISSED** in it's entirety.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal form this order is deemed frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

s/ John E. Jones III
John E. Jones III
United States District Judge